Andrew C. Schwartz (State Bar No. 64578)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Karen L. Snell (State Bar No. 100266)
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA 94117
Telephone: (415) 225-7592
Facsimile: (415) 487-0748

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO MENDOZA, AZUCENA MENDOZA, A.M., JR., A Minor, R.M., A Minor, E.M., A Minor, by and through their guardian ad litem, Adolfo Mendoza, and JHONNY MENDOZA,<br><br>  Plaintiffs,<br><br>vs.<br><br>CITY OF VACAVILLE POLICE OFFICER SCOTT WHITEHOUSE, SOLANO COUNTY AGENTS FRED DORAN, MIKE WOOD, STEVE MIRIANI, JORGE GIL-BLANCO, and ALDO SERRANO, CITY OF PITTSBURGH POLICE OFFICER JOE RIPOSA, and Does 1 through 50.<br><br>  Defendants. | CASE NO.<br><br>**ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM**<br><br>JURY TRIAL DEMANDED |

Petitioner, ADOLFO MENDOZA, alleges:

1. A.M., Jr. is a minor, born in 1996, age 10.

2. R.M. is a minor, born in 1999, age 8.

3. E.M. is a minor, born in 2002, age 4.

---

*Mendoza vs. City of Vacaville, et al.*                                                                                     Page 1
PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM AND [PROPOSED] ORDER

4.    A.M., Jr., R.M., and E.M. have a cause of action against the above-named defendants arising out of the incident that occurred on March 23, 2005.

5.    A.M. Jr., R.M., and E.M. have no general guardian and no previous petitions for appointment of a guardian ad litem have been filed in this matter.

6.    Petitioner, whose address is 41 DiMaggio Avenue, Pittsburg, California, 94565, is the natural father of A.M., Jr., R.M., and E.M. and is a competent and responsible person, and fully competent to act as guardian ad litem.

7.    Petitioner resides with the minors, and their mother, Azucena, and she has no objection to their father acting as guardian ad litem.

WHEREFORE, Petitioner moves the court for an order appointing ADOLFO MENDOZA, as guardian ad litem for A.M., Jr., R.M., and E.M. for the purpose of bringing action against the above named defendants on the claim hereinabove stated.

DATED: January 31, 2007

ADOLFO MENDOZA

### **ORDER**

The petition for an order appointing ADOLFO MENDOZA as guardian ad litem is GRANTED.

IT IS SO ORDERED.

DATED: 3/19/07

UNITED STATES DISTRICT JUDGE

*Mendoza vs. City of Vacaville, et al.*                                                                 Page 2
PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM AND [PROPOSED] ORDER

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131