1  Andrew C. Schwartz (State Bar No. 64578)
   **CASPER, MEADOWS, SCHWARTZ & COOK**
2  A Professional Corporation
   2121 North California Blvd., Suite 1020
3  Walnut Creek, California  94596
   Telephone:  (925) 947-1147
4  Facsimile:   (925) 947-1131

5  Karen L. Snell (State Bar No. 100266)
   Attorney at Law
6  102 Buena Vista Terrace
   San Francisco, CA  94117
7  Telephone:  (415) 225-7592
   Facsimile: (415) 487-0748
8

9                        UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11

12 | ADOLFO MENDOZA,  AZUCENA MENDOZA, A.M., Jr., a Minor, R.M., a minor, and E.M., a minor, by and through their guardian ad litem, Adolfo Mendoza, and JHONNY MENDOZA | CASE NO.   07-01138 CW |
   | --- | --- |
   | | **ORDER TO FILE FIRST AMENDED COMPLAINT** |
   | Plaintiffs, | |
   | vs. | |
   | CITY OF VACAVILLE POLICE OFFICER SCOTT WHITEHOUSE, SOLANO COUNTY AGENTS FRED DORAN, MIKE WOOD, STEVE MIRIANI, JORGE GIL-BLANCO, and ALDO SERRANO, CITY OF PITTSBURGH POLICE OFFICER JOE RIPOSA, and DOES 1 through 50. | |
   | Defendants. | |

23         Pursuant to the stipulation of parties,

25         IT IS SO ORDERED that plaintiffs be allowed to file a first amended complaint in the
26  above-entitled matter.

27
28

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Mendoza vs. City of Vacaville, et al.*                                                                                 Page 1
STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT

DATED: 4/18/07

_____
HONORABLE CLAUDIA WILKEN
United States District Judge

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Mendoza vs. City of Vacaville, et al.*
STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT
Page 2