Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
BERTRAND, FOX, & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California  94109
Telephone:    (415) 353-0999
Facsimile:     (415) 353-0990

Attorneys for Defendants SCOTT WHITEHOUSE
and MIKE WOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO MENDOZA, AZUCENA MENDOZA, A.M., Jr., a Minor, R.M., a minor, and E.M., a minor, by and through their guardian ad litem, Adolfo Mendoza, and JHONNY MENDOZA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VACAVILLE POLICE OFFICER SCOTT WHITEHOUSE, SOLANO COUNTY AGENTS FRED DORAN, MIKE WOOD, STEVE MIRIANI, JORGE GIL-BLANCO, and ALDO SERRANO, CITY OF PITTSBURGH POLICE OFFICER JOE RIPOSA, and DOES 1 through 50.<br>Defendants. | Case No.:  CV 07-1138 CW<br><br>**STIPULATION AND ORDER EXTENDING SETTLEMENT CONFERENCE COMPLIANCE DEADLINE** |

WHEREAS, counsel for Defendants SCOTT WHITEHOUSE and MIKE WOOD were unexpectedly recently involved in a jury trial which precluded attendance at and the postponement of plaintiffs' depositions; WHEREAS, further discovery needs to be conducted before for a productive

---

Stipulation and Order Extending Settlement Conference Compliance Date, *Mendoza v. Whitehouse, et al.* Case  No. CV 07-01138 CW

settlement conference can be completed; and WHEREAS, two new parties have recently been added as defendants in the matter.

Counsel for the parties hereby stipulate and request that the court extend the settlement conference compliance date from December 15, 2007 to February 28, 2008.

Dated: _____                              CASPER, MEADOWS & SCHWARTZ


By:_____
    Andrew C. Schwartz, Esq.
    Attorneys for Plaintiffs

Dated: _____


By:_____
    Karen Snell, Esq.
    Attorneys for Plaintiffs


Dated: _____                              STATE OF CALIFORNIA


By: _____
    Amy Lo, Esq.
    Deputy Attorney General
    Attorney for Defendants Moran and
    Miriani


Dated: _____                              McNAMERA DODGE


By:_____
    Thomas Beatty, Esq.
    Chris Odne, Esq.
    Attorney for Defendant Serrano


Dated: _____                              EDRINGTON, SCHIRMER & MURPHY


By:_____
    Peter Edrington, Esq.
    Owen Rooney, Esq.
    Attorney for Defendant Reposa

| | |
|---|---|
| 1  Dated: _____ | GIBBONS & CONLEY |
| 2 | |
| 3 | By:_____ |
| 4 | Peter Urhausen, Esq.<br>Attorney for Defendant Gil-Blanco |
| 5 | |
| 6  Dated: _____ | MYERS NAVE |
| 7 | |
| 8 | By:_____ |
| 9 | Kimberly Colwell, Esq.<br>Attorney for Defendant Steve Crane |
| 10  Dated: _____ | BERTRAND, FOX & ELLIOT |
| 11 | |
| 12 | By:_____ |
| 13 | Richard W. Osman, Esq.<br>Attorney for Defendants WOOD &<br>WHITEHOUSE |
| 14 | |
| 15  IT IS SO ORDERED: | |
| 16 | *[signature]* |
| 17      12/11/07<br>Dated: _____ | _____<br>Honorable Claudia Wilken<br>U.S. District Court Judge |

Stipulation and Order Extending Settlement Conference Compliance Date, *Mendoza v. Whitehouse, et al.* Case No. CV 07-01138 CW

Page 3