LAW OFFICES OF
# BERTRAND, FOX & ELLIOT
A PROFESSIONAL CORPORATION

THOMAS F. BERTRAND
GREGORY M. FOX
EUGENE B. ELLIOT
DANA L. SOONG
RICHARD W. OSMAN
MICHAEL C. WENZEL
CHRISTINE LEE
ERICA SHELLEY NELSON

THE WATERFRONT BUILDING
2749 HYDE STREET
SAN FRANCISCO, CALIFORNIA 94109
TELEPHONE: (415) 353-0999
E-Mail: rosman@bfesf.com

TELECOPIER: (415) 353-0990

———

OF COUNSEL
NANCY A. HUNEKE
ARLENE HELFRICH
RICHARD E. HAMMOND



December 13, 2007

VIA FACSIMILE (415) 522-4021
& ELECTRONIC FILING

Honorable James Larson
U.S. District Court
450 Golden Gate
Courtroom F
San Francisco, CA

RE: Mendoza v. City of Vacaville et al.
U.S. District Court Case No. CV-07-1138 CW
Our File No.: VAC-4462

Your Honor:

This matter is currently set for settlement conference in your department on December 19, 2007 at 2:00 p.m. The parties have agreed to continue the settlement conference to February 15, 2008 at 10:00 a.m. due to the recent addition of two parties and in order to allow for further discovery to be completed. We have confirmed that this is an available date on the Court's calendar.

An order permitting the extension of the settlement conference compliance date was entered by Judge Wilken on December 11, 2007.

We greatly appreciate the Court's flexibility in this matter.

Very truly yours,

BERTRAND, FOX & ELLIOT

By: _____
Richard W. Osman

RWO:kaa
cc: All Counsel