Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
BERTRAND, FOX, & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California  94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants SCOTT WHITEHOUSE
MIKE WOOD and JAMES MAYORAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO MENDOZA, AZUCENA MENDOZA, A.M., Jr., a Minor, R.M., a minor, and E.M., a minor, by and through their guardian ad litem, Adolfo Mendoza, and JHONNY MENDOZA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VACAVILLE POLICE OFFICER SCOTT WHITEHOUSE, SOLANO COUNTY AGENTS FRED DORAN, MIKE WOOD, STEVE MIRIANI, JORGE GIL-BLANCO, and ALDO SERRANO, CITY OF PITTSBURGH POLICE OFFICER JOE RIPOSA, and DOES 1 through 50.<br>Defendants. | Case No: CV-07-1138 CW<br><br>ORDER GRANTING<br>**STIPULATION FOR THE PSYCHOLOGICAL EXAMINATIONS OF PLAINTIFFS ADOLFO MENDOZA, AZUCENA MENDOZA, and A.M., JR.**<br><br>Examiner: Bernard S. Rappaport, M.D.<br>Date:  To Be Determined<br>Time:  To Be Determined<br><br>*Pursuant to Federal Rule of Civil Procedure 35* |

Defendants CITY OF VACAVILLE, SCOTT WHITEHOUSE, FRED DORAN, MIKE WOOD, STEVE MIRIANI, JORGE GIL-BLANCO, ALDO SERRANO, JOE RIPOSA, STEVE CRANE and JAMES MAYORAL and plaintiffs hereby stipulate to allow the psychological examinations of plaintiffs ADOLFO MENDOZA, AZUCENA MENDOZA, and A.M., JR., pursuant to Federal Rule of Civil Procedure 35.  The psychological examinations of ADOLFO MENDOZA and AZUCENA MENDOZA will consist of an oral psychiatric/mental status examination/interview

1 with the assistance of an interpreter and the administration of written psychological testing materials,
2 printed in Spanish.

3 The psychological examination of A.M. Jr. will consist of an oral psychiatric/mental status
4 examination/interview only.

5 
6 The examinations will be conducted by Bernard S. Rappaport. M.D., located at 3 Altarinda
7 Road, Suite 207, Orinda, California 94563-2601.

8 The psychiatric/mental examination/interviews of ADOLFO MENDOZA and AZUCENA
9 MENDOZA will take approximately two hours each. The examination of A.M. Jr. will take
10 approximately one hour. The written testing of ADOLFO MENDOZA and AZUCENA MENDOZA
11 is expected to take approximately two hours for each plaintiff.
12 
13 Dated: _____

14                                                           By: _____
15                                                           Andrew C. Schwartz, Esq.
                                                              CASPER, MEADOWS & SCHWARTZ
                                                              Karen Snell, Esq.
16                                                           Attorneys for Plaintiffs

17 Dated: _____                                    STATE OF CALIFORNIA
18 
19                                                           By: _____
20                                                           Amy Lo, Esq.
                                                              Deputy Attorney General
21                                                           Attorney for Defendants Moran and
                                                              Miriani
22 
23 Dated: _____                                    McNAMERA DODGE
24 
                                                              By: _____
25                                                           Thomas Beatty, Esq.
                                                              Chris Odne, Esq.
26                                                           Attorney for Defendant Serrano
27 
28 

STIPULATION FOR THE PSYCHOLOGICAL EXAMINATIONS OF PLAINTIFFS ADOLFO MENDOZA,
AZUCENA MENDOZA, and A.M., JR                                                         Page 2

1  with the assistance of an interpreter and the administration of written psychological testing materials,
2  printed in Spanish.
3  
4  The psychological examination of A.M. Jr. will consist of an oral psychiatric/mental status examination/interview only.
5  
6  The examinations will be conducted by Bernard S. Rappaport, M.D., located at 3 Altarinda
7  Road, Suite 207, Orinda, California 94563-2601.
8  The psychiatric/mental examination/interviews of ADOLFO MENDOZA and AZUCENA
9  MENDOZA will take approximately two hours each. The examination of A.M. Jr. will take
10 approximately one hour. The written testing of ADOLFO MENDOZA and AZUCENA MENDOZA
11 is expected to take approximately two hours for each plaintiff.
12 
13 Dated: _____

14                                    By:_____
15                                        Andrew C. Schwartz, Esq.
                                         CASPER, MEADOWS & SCHWARTZ
16                                       Karen Snell, Esq.
                                         Attorneys for Plaintiffs
17 Dated: 3/25/2008
18                                        STATE OF CALIFORNIA

19                                    By:_____
20                                        Amy Lo, Esq.
                                         Deputy Attorney General DORAN
21                                       Attorney for Defendants Moran and
                                         Miriani
22
23 Dated: _____           McNAMERA DODGE

24
25                                    By:_____
                                         Thomas Beatty, Esq.
26                                       Chris Odne, Esq.
                                         Attorney for Defendant Serrano
27
28

STIPULATION FOR THE PSYCHOLOGICAL EXAMINATIONS OF PLAINTIFFS ADOLFO MENDOZA,
AZUCENA MENDOZA, and A.M., JR                                               Page 2

1  with the assistance of an interpreter and the administration of written psychological testing materials,
2  printed in Spanish.
3     The psychological examination of A.M. Jr. will consist of an oral psychiatric/mental status
4  examination/interview only.
5
6     The examinations will be conducted by Bernard S. Rappaport. M.D., located at 3 Altarinda
7  Road, Suite 207, Orinda, California 94563-2601.
8     The psychiatric/mental examination/interviews of ADOLFO MENDOZA and AZUCENA
9  MENDOZA will take approximately two hours each. The examination of A.M. Jr. will take
10 approximately one hour. The written testing of ADOLFO MENDOZA and AZUCENA MENDOZA
11 is expected to take approximately two hours for each plaintiff.
12
13 Dated: _____

14                              By: _____
                                    Andrew C. Schwartz, Esq.
15                                  CASPER, MEADOWS & SCHWARTZ
                                    Karen Snell, Esq.
16                                  Attorneys for Plaintiffs

17 Dated: _____          STATE OF CALIFORNIA
18
19                              By: _____
20                                  Amy Lo, Esq.
                                    Deputy Attorney General
21                                  Attorney for Defendants Moran and
                                    Miriani
22
23 Dated: 3/21/08                 McNAMERA DODGE
24
                                By: _____
25                                  Thomas Beatty, Esq.
                                    Chris Odne, Esq.
26                                  Attorney for Defendant Serrano
27
28

STIPULATION FOR THE PSYCHOLOGICAL EXAMINATIONS OF PLAINTIFFS ADOLFO MENDOZA,
AZUCENA MENDOZA, and A.M., JR.                                                    Page 2

| | |
|---|---|
| Dated: 3/24/08 | EDRINGTON, SCHIRMER & MURPHY<br><br>By: _____<br>Peter Edrington, Esq.<br>Owen Rooney, Esq.<br>Attorney for Defendant Reposa |
| Dated: _____ | GIBBONS & CONLEY<br><br>By: _____<br>Peter Urhausen, Esq.<br>Attorney for Defendant Gil-Blanco |
| Dated: _____ | MYERS NAVE<br><br>By: _____<br>Kimberly Colwell, Esq.<br>Attorney for Defendant Crane |
| Dated: _____ | BERTRAND, FOX & ELLIOT<br><br>By: _____<br>Richard W. Osman, Esq.<br>Attorney for Defendants Wood, Whitehouse and Mayoral |

IT IS SO ORDERED:

Dated: _____

_____
Honorable Claudia Wilken
U.S. District Court Judge

| | |
|---|---|
| 1  Dated: _____ | EDRINGTON, SCHIRMER & MURPHY |
| 2 | |
| 3 | By:_____ |
| 4 | Peter Edrington, Esq.<br>Owen Rooney, Esq.<br>Attorney for Defendant Reposa |
| 5 | |
| 6  Dated: 3-21-08 | GIBBONS & CONLEY |
| 7 | |
| 8 | By: _/s/ Peter Urhausen_____<br>Peter Urhausen, Esq.<br>Attorney for Defendant Gil-Blanco |
| 9 | |
| 10  Dated: _____ | MYERS NAVE |
| 11 | |
| 12 | By:_____<br>Kimberly Colwell, Esq.<br>Attorney for Defendant Crane |
| 13 | |
| 14  Dated: _____ | BERTRAND, FOX & ELLIOT |
| 15 | |
| 16 | By:_____ |
| 17 | Richard W. Osman, Esq.<br>Attorney for Defendants Wood,<br>Whitehouse and Mayoral |
| 18 | |
| 19  IT IS SO ORDERED: | |
| 20 | |
| 21  Dated: _____ | |
| 22 | Honorable Claudia Wilken<br>U.S. District Court Judge |

STIPULATION FOR THE PSYCHOLOGICAL EXAMINATIONS OF PLAINTIFFS ADOLFO MENDOZA, AZUCENA MENDOZA, and A.M., JR

Page 3

| | | |
|---|---|---|
| 1 | Dated: _____ | EDRINGTON, SCHIRMER & MURPHY |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Peter Edrington, Esq.<br>Owen Rooney, Esq.<br>Attorney for Defendant Reposa |
| 5 | | |
| 6 | Dated: _____ | GIBBONS & CONLEY |
| 7 | | |
| 8 | | By:_____<br>Peter Urhausen, Esq.<br>Attorney for Defendant Gil-Blanco |
| 9 | | |
| 10 | Dated: 3/21/08 | MYERS NAVE |
| 11 | | |
| 12 | | By: /s/ Kimberly Colwell<br>Kimberly Colwell, Esq. |
| 13 | | Attorney for Defendant Crane |
| 14 | Dated: _____ | BERTRAND, FOX & ELLIOT |
| 15 | | |
| 16 | | By:_____<br>Richard W. Osman, Esq. |
| 17 | | Attorney for Defendants Wood, Whitehouse and Mayoral |
| 18 | | |
| 19 | IT IS SO ORDERED: | |
| 20 | | |
| 21 | Dated: _____ | |
| 22 | | Honorable Claudia Wilken<br>U.S. District Court Judge |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION FOR THE PSYCHOLOGICAL EXAMINATIONS OF PLAINTIFFS ADOLFO MENDOZA, AZUCENA MENDOZA, and A.M., JR.

Page 3

| | |
|---|---|
| Dated: _____ | EDRINGTON, SCHIRMER & MURPHY |
| | By:_____ |
| | Peter Edrington, Esq. |
| | Owen Rooney, Esq. |
| | Attorney for Defendant Reposa |
| | |
| | GIBBONS & CONLEY |
| Dated: _____ | |
| | By:_____ |
| | Peter Urhausen, Esq. |
| | Attorney for Defendant Gil-Blanco |
| | |
| | MYERS NAVE |
| Dated: _____ | |
| | By:_____ |
| | Kimberly Colwell, Esq. |
| | Attorney for Defendant Crane |
| | |
| | BERTRAND, FOX & ELLIOT |
| Dated: 3-25-08 | |
| | By:_____/s/_____ |
| | Richard W. Osman, Esq. |
| | Attorney for Defendants Wood, |
| | Whitehouse and Mayoral |

IT IS SO ORDERED:

Dated: 4/7/08

_____/s/ Claudia Wilken_____
Honorable Claudia Wilken
U.S. District Court Judge

---

STIPULATION FOR THE PSYCHOLOGICAL EXAMINATIONS OF PLAINTIFFS ADOLFO MENDOZA, AZUCENA MENDOZA, and A.M., JR

Page 3