```
 1  Thomas F. Bertrand, State Bar No. 056560
    Richard W. Osman, State Bar No. 167993
 2  BERTRAND, FOX, & ELLIOT
    The Waterfront Building
 3  2749 Hyde Street
    San Francisco, California  94109
 4  Telephone:    (415) 353-0999
 5  Facsimile:    (415) 353-0990

 6
    Attorneys for Defendants SCOTT WHITEHOUSE
 7  MIKE WOOD and JAMES MAYORAL
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO MENDOZA, AZUCENA MENDOZA, A.M., Jr., a Minor, R.M., a minor, and E.M., a minor, by and through their guardian ad litem, Adolfo Mendoza, and JHONNY MENDOZA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VACAVILLE POLICE OFFICER SCOTT WHITEHOUSE, SOLANO COUNTY AGENTS FRED DORAN, MIKE WOOD, STEVE MIRIANI, JORGE GIL-BLANCO, and ALDO SERRANO, CITY OF PITTSBURGH POLICE OFFICER JOE RIPOSA, and DOES 1 through 50.<br>Defendants. | Case No:  CV-07-1138 CW<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO CONTINUE EXPERT DISCLOSURE DATE AND TO CONTINUE EXPERT DISCOVERY CUTOFF DATE**<br><br><br>Trial Date: November 3, 2008 |

    WHEREAS the parties stipulated to allow the psychological examinations of plaintiffs ADOLFO MENDOZA, AZUCENA MENDOZA, and A.M., JR., pursuant to Federal Rule of Civil Procedure 35 and the Court, on April 7, 2008 ordered that the examinations be conducted.

    WHEREAS April 29, 2008 is the first date on which plaintiffs and Bernard Rappaport, M.D., the psychiatrist who is conducting the examinations, are available for the examinations and this date is only two (2) days before expert disclosures and reports are due.

1  The parties hereby stipulate to continue the May 1, 2008 expert disclosure date to June 2,
2  2008.
3  The parties further stipulate to continue the May 30, 2008 expert discovery cutoff to June 30,
4  2008.
5
6  Continuing the expert disclosure date and the expert discovery deadline will not impact any
7  other dates scheduled in this matter.
8  IT IS SO STIPULATED:
9  Dated: 4-15-08

By: _____
Andrew C. Schwartz, Esq.
CASPER, MEADOWS & SCHWARTZ
Karen Snell, Esq.
Attorneys for Plaintiffs

Dated: 4-15-08

STATE OF CALIFORNIA

By: _____
Amy Lo, Esq.
Deputy Attorney General
Attorney for Defendants Moran and
Miriani

Dated: 4/15/08

McNAMERA DODGE

By: _____
Thomas Beatty, Esq.
Chris Odne, Esq.
Mark Iezza, Esq.
Attorney for Defendant Serrano

STIPULATION TO CONTINUE EXPERT DISCLOSURE DATE AND TO CONTINUE EXPERT DISCOVERY CUTOFF DATE
Page 2

| | |
|---|---|
| 1   Dated: 4/15/08 | EDRINGTON, SCHIRMER & MURPHY |
| | By: _____ |
| | Peter Edrington, Esq. |
| | Owen Rooney, Esq. |
| | Attorney for Defendant Reposa |
| 6   Dated: 4-15-08 | GIBBONS & CONLEY |
| | By: _____ |
| | Peter Urhausen, Esq. |
| | Attorney for Defendant Gil-Blanco |
| 11   Dated: 4/15/08 | MYERS NAVE |
| | By: _____ |
| | Kimberly Colwell, Esq. |
| | Attorney for Defendant Crane |
| 16   Dated: 4/15/08 | BERTRAND, FOX & ELLIOT |
| | By: _____ |
| | Richard W. Osman, Esq. |
| | Attorney for Defendants Wood, Whitehouse and Mayoral |

IT IS SO ORDERED:

Dated: 4/18/08

_____
Honorable Claudia Wilken
U.S. District Court Judge