EDMUND G. BROWN JR.
Attorney General of the State of California
TYLER B. PON
Supervising Deputy Attorney General
DAVID W. HAMILTON, State Bar No. 88587
Deputy Attorney General
AMY W. LO, State Bar No. 194308
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 622-2193
  Fax:  (510) 622-2121
  Email:  David.Hamilton@doj.ca.gov
  Email:  Amy.Lo@doj.ca.gov

Attorneys for Defendants
Fred Doran and Steve Miriani

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ADOLFO MENDOZA, et al.,**<br><br>                                  Plaintiffs,<br><br>       v.<br><br>**SCOTT WHITEHOUSE, et al.,**<br><br>                                  Defendants. | Case No. C 07 01138 CW<br><br>**STIPULATION TO PROTECTIVE ORDER, AND ORDER THEREON** |

**STIPULATION**

The undersigned parties to this action, by and through their respective counsel, hereby stipulate that the documents designated by agreement of the parties to be produced subject to protective order will be disclosed to plaintiffs by defendants Fred Doran and Steve Miriani in this action, pursuant to plaintiffs' request for documents, subject to the following conditions and the Court's Protective Order:

1. The documents and their contents may be used in this litigation only and solely for the purpose of prosecuting or defending against this action. The documents and their

contents may not be used in separate proceedings or actions at this time or in the future without first being obtained through proper discovery procedures or court orders in those separate proceedings or actions.

2. The documents and their contents may not be disclosed, copied, distributed, shown, described, or read to any person or entity (including, but not limited to, media representatives) by the parties or their representatives or agents other than (a) the parties' attorneys, paralegals, and legal office staff in this litigation; and (b) a single expert consultant retained by the plaintiffs or another party in this litigation for purposes of expert consultation and deposition and trial testimony.

3. The party's expert consultant must sign an acknowledgment and agreement to be bound by the terms of this Protective Order, an executed and dated copy of which will be provided to counsel for defendants Doran and Miriani after formal disclosure of such expert consultant in this litigation.

4. All documents produced subject to this Stipulation and Protective Order, and copies thereof, will be clearly marked by the party to whom they are produced "Confidential" on each page of said documents or copies thereof to indicate that they are subject to this Protective Order.

5. All documents produced subject to this Stipulation and Protective Order and copies thereof must be returned to the attorneys for defendants Doran and Miriani upon the termination of this litigation.

6. This Protective Order does not in any way affect or prejudice the right of any party at time of trial, motion, or other proceeding in this action to object to the use or admissibility of said documents at the trial or in other proceedings.

7. Nothing contained in this Stipulation or the Protective Order shall prohibit any party from using or referring to any information designated as Confidential and disclosed pursuant to this Protective Order in motion papers or pleadings filed with the court, provided that adequate provision is made to protect the confidentiality of the protected information, and that any portion of such papers or pleadings that references any confidential information shall be

lodged for filing under seal, pursuant to the court rules and procedures (see U.S. Dist. Ct. [N.D. Cal.] Local Rule 79-5). When filing any document under seal, a party shall place the document in a sealed envelope labeled to identify the title of the case, the case number, and the title of the document with instructions that the document is filed pursuant to this Stipulation and Protective Order, and that the envelope is not to be opened absent further order of the Court.

8. Violation of this Protective Order by any person, including expert consultants referenced in paragraphs 2 and 3 above, will result in sanctions to be determined by the Court upon application by defendants Doran and Miriani.

9. Any other defendant to this action -- and that defendant's attorneys, experts, agents, representatives, and office staff – who desires to obtain copies of documents produced pursuant to this Stipulation and Protective Order must also comply with, and will be bound by, all terms of this Stipulation and Protective Order.

**SO STIPULATED:**

DATED: _____

ANDREW SCHWARTZ, ESQ.

Attorney for Plaintiffs

DATED: _____

KAREN SNELL, ESQ.

Attorney for Plaintiffs

DATED: _____

DAVID W. HAMILTON
Deputy Attorney General

Attorney for Defendants
Fred Doran and Steve Miriani

```
DATED: _____        _____
                                     OWEN T. ROONEY, ESQ.

                                     Attorney for Defendants
                                     Joe Reposa and Jonathan Stephens


DATED: _____        _____
                                     CHRISTOPHER N. ODNE, ESQ.

                                     Attorney for Defendant
                                     Aldo Serrano


DATED: _____        _____
                                     PETER A. URHAUSEN, ESQ.

                                     Attorney for Defendant
                                     Jorge Gil-Blanco


DATED: _____        _____
                                     RICHARD OSMAN, ESQ.

                                     Attorney for Defendants
                                     Mike Wood, Scott Whitehouse,
                                     and Jim Mayoral


DATED: _____        _____
                                     KIMBERLY E. COLWELL, ESQ.

                                     Attorney for Defendant
                                     Steve Crane
```

1
2  **PROTECTIVE ORDER**
3
4   Upon good cause shown, the above Stipulation of the parties is hereby approved
    and made the Order of this Court.
5
6   5/6/08
7   DATED: _____       _____
                                          HON. CLAUDIA WILKEN
8                                         United States District Judge
9   90084073.wpd
    OK2007900125
10

Stip. to Prot. Order, & Order Thereon          Adolfo Mendoza, et.al. v. Scott Whitehouse, et.al.
                                                                               C 07 01138 CW