Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
BERTRAND, FOX, & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants SCOTT WHITEHOUSE
MIKE WOOD and JAMES MAYORAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO MENDOZA, AZUCENA MENDOZA, A.M., Jr., a Minor, R.M., a minor, and E.M., a minor, by and through their guardian ad litem, Adolfo Mendoza, and JHONNY MENDOZA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VACAVILLE POLICE OFFICER SCOTT WHITEHOUSE, SOLANO COUNTY AGENTS FRED DORAN, MIKE WOOD, STEVE MIRIANI, JORGE GIL-BLANCO, and ALDO SERRANO, CITY OF PITTSBURGH POLICE OFFICER JOE RIPOSA, and DOES 1 through 50.<br>Defendants. | Case No: CV-07-1138 CW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT JAMES MAYORAL ONLY** |

IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned counsel, that the above-captioned action be dismissed, with prejudice, in its entirety as to defendant JAMES MAYORAL only, each side to bear its own fees and costs, pursuant to FRCP 41(a)(i).

///

///

1 | IT IS SO STIPULATED:

3 | Dated: 6/2/08

By: _____
Andrew C. Schwartz, Esq.
CASPER, MEADOWS & SCHWARTZ
Karen Snell, Esq.
Attorneys for Plaintiffs

Dated: _____

STATE OF CALIFORNIA

By: _____
Amy Lo, Esq.
Deputy Attorney General
Attorney for Defendants Moran and Miriani

Dated: _____

McNAMERA DODGE

By: _____
Thomas Beatty, Esq.
Chris Odne, Esq.
Mark Iezza, Esq.
Attorney for Defendant Serrano

1 | IT IS SO STIPULATED:

3 | Dated: _____

By:_____
Andrew C. Schwartz, Esq.
CASPER, MEADOWS & SCHWARTZ
Karen Snell, Esq.
Attorneys for Plaintiffs

9 | Dated: 6/6/08

STATE OF CALIFORNIA

By: *[signature]*
Amy Lo, Esq.
Deputy Attorney General
Attorney for Defendants Moran and Miriani

15 | Dated: _____

McNAMERA DODGE

By:_____
Thomas Beatty, Esq.
Chris Odne, Esq.
Mark Iezza, Esq.
Attorney for Defendant Serrano

IT IS SO STIPULATED:

Dated: _____

By: _____
    Andrew C. Schwartz, Esq.
    CASPER, MEADOWS & SCHWARTZ
    Karen Snell, Esq.
    Attorneys for Plaintiffs

Dated: _____

STATE OF CALIFORNIA

By: _____
    Amy Lo, Esq.
    Deputy Attorney General
    Attorney for Defendants Moran and Miriani

Dated: 5/4/08

McNAMERA DODGE

By: _____
    Thomas Beatty, Esq.
    Chris Odne, Esq.
    Mark Iezza, Esq.
    Attorney for Defendant Serrano

| | |
|---|---|
| 1  Dated: 6/5/08 | EDRINGTON, SCHIRMER & MURPHY |
| 2 | |
| 3 | By: _____ |
|   | Peter Edrington, Esq. |
|   | Owen Rooney, Esq. |
| 4 | Attorney for Defendant Reposa |
| 5 | |
| 6  Dated: _____ | GIBBONS & CONLEY |
| 7 | |
| 8 | By: _____ |
|   | Peter Urhausen, Esq. |
| 9 | Attorney for Defendant Gil-Blanco |
| 10 | |
| 11  Dated: _____ | MYERS NAVE |
| 12 | |
| 13 | By: _____ |
|   | Kimberly Colwell, Esq. |
|   | Attorney for Defendant Crane |
| 14 | |
| 15 | BERTRAND, FOX & ELLIOT |
| 16  Dated: _____ | |
| 17 | By: _____ |
| 18 | Richard W. Osman, Esq. |
|   | Attorney for Defendants Wood, |
| 19 | Whitehouse and Mayoral |
| 20 | |
| 21  IT IS SO ORDERED: | |
| 22 | |
| 23  Dated: _____ | |
| 24 | Honorable Claudia Wilken |
|   | U.S. District Court Judge |

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT JAMES MAYORAL ONLY

Page 3

| | |
|---|---|
| 1  Dated: _____ | EDRINGTON, SCHIRMER & MURPHY |
| 2 | |
| 3 | By:_____ |
| 4 | Peter Edrington, Esq.<br>Owen Rooney, Esq.<br>Attorney for Defendant Reposa |
| 5 | |
| 6  Dated: 3/12 6/3/08 | GIBBONS & CONLEY |
| 7 | |
| 8 | By: _[signature]_____ |
| 9 | Peter Urhausen, Esq.<br>Attorney for Defendant Gil-Blanco |
| 10 | |
| 11  Dated: _____ | MYERS NAVE |
| 12 | |
| 13 | By:_____ |
| 14 | Kimberly Colwell, Esq.<br>Attorney for Defendant Crane |
| 15 | |
| 16  Dated: _____ | BERTRAND, FOX & ELLIOT |
| 17 | |
| 18 | By:_____ |
| 19 | Richard W. Osman, Esq.<br>Attorney for Defendants Wood,<br>Whitehouse and Mayoral |
| 20 | |
| 21  IT IS SO ORDERED: | |
| 22 | |
| 23  Dated: _____ | _____ |
| 24 | Honorable Claudia Wilken<br>U.S. District Court Judge |

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT JAMES MAYORAL ONLY

Page 3

| | |
|---|---|
| 1  Dated: _____ | EDRINGTON, SCHIRMER & MURPHY |
| 2 | |
| 3 | By:_____ |
| 4 | Peter Edrington, Esq.<br>Owen Rooney, Esq.<br>Attorney for Defendant Reposa |
| 5 | |
| 6  Dated: _____ | GIBBONS & CONLEY |
| 7 | |
| 8 | By:_____ |
| 9 | Peter Urhausen, Esq.<br>Attorney for Defendant Gil-Blanco |
| 10 | |
| 11  Dated: 6/4/08 | MYERS NAVE |
| 12 | |
| 13 | By:_____ |
| 14 | Kimberly Colwell, Esq.<br>Attorney for Defendant Crane |
| 15 | |
| 16  Dated: _____ | BERTRAND, FOX & ELLIOT |
| 17 | |
| 18 | By:_____ |
| 19 | Richard W. Osman, Esq.<br>Attorney for Defendants Wood,<br>Whitehouse and Mayoral |
| 20 | |
| 21  IT IS SO ORDERED: | |
| 22 | |
| 23  Dated: _____ | _____ |
| 24 | Honorable Claudia Wilken<br>U.S. District Court Judge |

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT JAMES MAYORAL ONLY
Page 3

| | |
|---|---|
| 1  Dated: _____ | EDRINGTON, SCHIRMER & MURPHY |
| 2 | |
| 3 | By:_____ |
|   | Peter Edrington, Esq. |
| 4 | Owen Rooney, Esq. |
|   | Attorney for Defendant Reposa |
| 5 | |
| 6  Dated: _____ | GIBBONS & CONLEY |
| 7 | |
| 8 | By:_____ |
|   | Peter Urhausen, Esq. |
| 9 | Attorney for Defendant Gil-Blanco |
| 10 | |
| 11  Dated: _____ | MYERS NAVE |
| 12 | |
| 13 | By:_____ |
|   | Kimberly Colwell, Esq. |
| 14 | Attorney for Defendant Crane |
| 15 | |
| 16  Dated: 6-9-08 | BERTRAND, FOX & ELLIOT |
| 17 | By:_____ |
| 18 | Richard W. Osman, Esq. |
|   | Attorney for Defendants Wood, |
| 19 | Whitehouse and Mayoral |
| 20 | |
| 21  **IT IS SO ORDERED:** | |
| 22 | |
| 23  Dated: 6/11/08 | _____ |
| 24 | Honorable Claudia Wilken |
|   | U.S. District Court Judge |

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT JAMES MAYORAL ONLY
Page 3