Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
BERTRAND, FOX, & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:  (415) 353-0999
Facsimile:  (415) 353-0990

Attorneys for Defendants SCOTT WHITEHOUSE
MIKE WOOD and JAMES MAYORAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO MENDOZA, AZUCENA MENDOZA, A.M., Jr., a Minor, R.M., a minor, and E.M., a minor, by and through their guardian ad litem, Adolfo Mendoza, and JHONNY MENDOZA, <br><br>Plaintiffs, <br><br>vs. <br><br>CITY OF VACAVILLE POLICE OFFICER SCOTT WHITEHOUSE, SOLANO COUNTY AGENTS FRED DORAN, MIKE WOOD, STEVE MIRIANI, JORGE GIL-BLANCO, and ALDO SERRANO, CITY OF PITTSBURGH POLICE OFFICER JOE RIPOSA, and DOES 1 through 50. <br>Defendants. | Case No: CV-07-1138 CW <br><br>**STIPULATION TO CONTINUE EXPERT DISCOVERY CUTOFF DATE** <br><br>Trial Date: November 3, 2008 |

The parties previously stipulated to continue the expert discovery cutoff date from May 30, 2008 to June 30, 2008 based on the limited availability of defense psychiatric expert, Dr. Bernard Rappaport.

The parties have completed expert disclosures and have exchanged FRCP 26 reports.

June 23, 2008 is the last date for parties to file motions for summary judgment. The parties agree that expert depositions will not be necessary prior to a decision on the motions for summary judgment and therefore believe it is prudent to continue expert discovery until after the Court has ruled on the motions for summary judgment.

Therefore, the parties hereby stipulate to continue the June 30, 2008 expert discovery cutoff from June 30, 2008 to August 29, 2008.

Continuing the expert discovery deadline to August 29, 2008 will not impact any other dates scheduled in this matter.

IT IS SO STIPULATED:

Dated: 6/12/08

By: _____
Andrew C. Schwartz, Esq.
CASPER, MEADOWS & SCHWARTZ
Karen Snell, Esq.
Attorneys for Plaintiffs

Dated: _____

STATE OF CALIFORNIA

By: _____
Amy Lo, Esq.
Deputy Attorney General
Attorney for Defendants Moran and Miriani

Dated: _____

McNAMERA DODGE

By: _____
Thomas Beatty, Esq.
Chris Odne, Esq.
Mark Iezza, Esq.
Attorney for Defendant Serrano

1  June 23, 2008 is the last date for parties to file motions for summary judgment. The parties agree that expert depositions will not be necessary prior to a decision on the motions for summary judgment and therefore believe it is prudent to continue expert discovery until after the Court has ruled on the motions for summary judgment.

Therefore, the parties hereby stipulate to continue the June 30, 2008 expert discovery cutoff from June 30, 2008 to August 29, 2008.

Continuing the expert discovery deadline to August 29, 2008 will not impact any other dates scheduled in this matter.

IT IS SO STIPULATED:

Dated: _____

By: _____
Andrew C. Schwartz, Esq.
CASPER, MEADOWS & SCHWARTZ
Karen Snell, Esq.
Attorneys for Plaintiffs

Dated: 6/16/08

STATE OF CALIFORNIA

By: _____
Amy Lo, Esq.
Deputy Attorney General
Attorney for Defendants Moran and Miriani

Dated: _____

McNAMERA DODGE

By: _____
Thomas Beatty, Esq.
Chris Odne, Esq.
Mark Iezza, Esq.
Attorney for Defendant Serrano

---

STIPULATION TO CONTINUE EXPERT DISCOVERY CUTOFF DATE

Page 2

June 23, 2008 is the last date for parties to file motions for summary judgment. The parties agree that expert depositions will not be necessary prior to a decision on the motions for summary judgment and therefore believe it is prudent to continue expert discovery until after the Court has ruled on the motions for summary judgment.

Therefore, the parties hereby stipulate to continue the June 30, 2008 expert discovery cutoff from June 30, 2008 to August 29, 2008.

Continuing the expert discovery deadline to August 29, 2008 will not impact any other dates scheduled in this matter.

IT IS SO STIPULATED:

Dated: _____

By: _____
Andrew C. Schwartz, Esq.
CASPER, MEADOWS & SCHWARTZ
Karen Snell, Esq.
Attorneys for Plaintiffs

Dated: _____

STATE OF CALIFORNIA

By: _____
Amy Lo, Esq.
Deputy Attorney General
Attorney for Defendants Moran and Miriani

Dated: 6/17/08

McNAMERA DODGE

By: _____
Thomas Beatty, Esq.
Chris Odne, Esq.
Mark Iezza, Esq.
Attorney for Defendant Serrano

| | |
|---|---|
| 1   Dated: 6/17/08 | EDRINGTON, SCHIRMER & MURPHY |
| 2 | |
| 3 | By: _____ |
| 4 | Peter Edrington, Esq.<br>Owen Rooney, Esq.<br>Attorney for Defendant Reposa |
| 5 | |
| 6   Dated: _____ | GIBBONS & CONLEY |
| 7 | |
| 8 | By:_____ |
| 9 | Peter Urhausen, Esq.<br>Attorney for Defendant Gil-Blanco |
| 10 | |
| 11  Dated: _____ | MYERS NAVE |
| 12 | |
| 13 | By:_____ |
| 14 | Kimberly Colwell, Esq.<br>Attorney for Defendant Crane |
| 15 | |
| 16  Dated: _____ | BERTRAND, FOX & ELLIOT |
| 17 | |
| 18 | By:_____ |
| 19 | Richard W. Osman, Esq.<br>Attorney for Defendants Wood,<br>Whitehouse and Mayoral |
| 20  IT IS SO ORDERED: | |
| 21 | |
| 22 | |
| 23  Dated: _____ | _____<br>Honorable Claudia Wilken<br>U.S. District Court Judge |

| | |
|---|---|
| 1  Dated: _____ | EDRINGTON, SCHIRMER & MURPHY |
| 2 | |
| 3 | By: _____ |
| 4 |     Peter Edrington, Esq. |
|   |     Owen Rooney, Esq. |
|   |     Attorney for Defendant Reposa |
| 5 | |
| 6  Dated: 6-12-08 | GIBBONS & CONLEY |
| 7 | |
| 8 | By: _/s/ Peter Urhausen_____ |
|   |     Peter Urhausen, Esq. |
| 9 |     Attorney for Defendant Gil-Blanco |
| 10 | |
| 11  Dated: _____ | MYERS NAVE |
| 12 | |
| 13 | By: _____ |
|   |     Kimberly Colwell, Esq. |
| 14 |     Attorney for Defendant Crane |
| 15 | |
| 16  Dated: _____ | BERTRAND, FOX & ELLIOT |
| 17 | |
| 18 | By: _____ |
|    |     Richard W. Osman, Esq. |
| 19 |     Attorney for Defendants Wood, Whitehouse and Mayoral |

IT IS SO ORDERED:

Dated: _____

_____
Honorable Claudia Wilken
U.S. District Court Judge

| | |
|---|---|
| 1 Dated: _____ | EDRINGTON, SCHIRMER & MURPHY |
| 2 | |
| 3 | By:_____ |
| 4 | Peter Edrington, Esq.<br>Owen Rooney, Esq.<br>Attorney for Defendant Reposa |
| 5 | |
| 6 Dated: _____ | GIBBONS & CONLEY |
| 7 | |
| 8 | By:_____ |
| 9 | Peter Urhausen, Esq.<br>Attorney for Defendant Gil-Blanco |
| 10 | |
| 11 Dated: 6/16/08 | MYERS NAVE |
| 12 | |
| 13 | By: /s/ Kimberly Colwell |
| 14 | Kimberly Colwell, Esq.<br>Attorney for Defendant Crane |
| 15 | |
| 16 Dated: 6/19/08 | BERTRAND, FOX & ELLIOT |
| 17 | By: /s/ Richard W. Osman |
| 18 | Richard W. Osman, Esq.<br>Attorneys for Defendants Wood, |
| 19 | Whitehouse and Mayoral |
| 20 IT IS SO ORDERED: | |
| 21 | |
| 22       6/24/08 | /s/ Claudia Wilken |
| 23 Dated: _____ | |
| 24 | Honorable Claudia Wilken<br>U.S. District Court Judge |

STIPULATION TO CONTINUE EXPERT DISCOVERY CUTOFF DATE
Page 3