Andrew C. Schwartz (State Bar No. 64578)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California  94596
Telephone:  (925) 947-1147
Facsimile:    (925) 947-1131

Karen L. Snell (State Bar No. 100266)
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA  94117
Telephone:  (415) 225-7592
Facsimile:  (415) 487-0748

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO MENDOZA,  AZUCENA MENDOZA, A.M., Jr., a Minor, R.M., a minor, and E.M., a minor, by and through their guardian ad litem, Adolfo Mendoza, and JHONNY MENDOZA<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF VACAVILLE POLICE OFFICER SCOTT WHITEHOUSE, SOLANO COUNTY AGENTS FRED DORAN, MIKE WOOD, STEVE MIRIANI, JORGE GIL-BLANCO, and ALDO SERRANO, CITY OF PITTSBURGH POLICE OFFICER JOE RIPOSA, and DOES 1 through 50.<br><br>    Defendants. | CASE NO.   07-01138 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO (1) CONTINUE SUMMARY JUDGMENT MOTION HEARING AND RELATED BRIEFING SCHEDULE; (2) EXTEND THE DEADLINE IN WHICH TO HEAR DISPOSITIVE MOTIONS AND (3) TO CONTINUE EXPERT DISCOVERY CUTOFF** |

The parties hereby stipulate to the following:

(1)  The hearing for Defendants' Motion for Summary Judgment currently set for July 24, 2008 is continued to August 14, 2008 at 2:00 p.m.

(2)  Plaintiffs Opposition to Defendants' Motion for Summary Judgment will be due by July 14, 2008;

(3)  Continuing the summary judgment motion impacts the last date in which to hear dispositive motions in this matter, which date is currently July 31, 2008.

*Mendoza vs. City of Vacaville, et al.*                                                                                        Page 1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE SUMMARY JUDGMENT HEARING
AND EXPERT DISCOVERY CUTOFF

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

1  Accordingly, the parties hereby stipulate to continue the last date in which to hear dispositive motions to August 14, 2008.

(4) The parties have previously stipulated to continue the expert discovery cutoff date from May 30, 2008 to June 30, 2008, and recently again to August 29, 2008. The parties once again stipulate to continue the expert discovery cut off to September 10, 2008.

IT IS SO STIPULATED.

Dated: July 1, 2008      /s/ - "Andrew C. Schwartz"
Andrew C. Schwartz, Esq.
**CASPER, MEADOWS, SCHWARTZ & COOK**
Attorney for Plaintiffs

Dated: July 1, 2008      STATE OF CALIFORNIA

By: /s/ - "Amy Lo"
Amy Lo, Esq.
Deputy Attorney General
Attorney for Defendants Moran and Miriani

Dated: July 1, 2008      McNAMARA DODGE, et al.

By: /s/ - "Thomas Beatty"
Thomas Beatty, Esq.
Mark Iezza Esq.
Attorneys for Defendant Serrano

Dated: July 1, 2008      EDRINGTON, SCHIRMER & MURPHY

By: /s/ - "Own Rooney"
Peter Edrington, Esq.
Owen Rooney, Esq.
Attorneys for Defendant Reposa

Dated: July 1, 2008      GIBBONS & CONLEY

By: /s/ - "Peter Urhausen"
Peter Urhausen, Esq.
Attorney for Defendant Gil-Blanco

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

1   Dated: July 1, 2008                                   MYERS NAVE

2

3                                                         By:    /s/ - "Kimberly Colwell"
                                                                 Kimberly Colwell, Esq.
4                                                                Attorney for Defendant Crane

5   Dated: July 1, 2008                                   BERTRAND, FOX & ELLIOT

6

7                                                         By:    /s/ - Richard Osman"
                                                                 Richard W. Osman, Esq.
                                                                 Attorney for Defendants Wood,
8                                                                Whitehouse and Mayoral

9   IT IS SO ORDERED:

10
                7/2/08
11  Dated:_____          _____
                                             HONORABLE CLAUDIA WILKEN
12                                           U.S. District Court Judge

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Mendoza vs. City of Vacaville, et al.*                                            Page 3
STIPULATION AND [PROPOSED] ORDER TO CONTINUE SUMMARY JUDGMENT HEARING
AND EXPERT DISCOVERY CUTOFF