A. BYRNE CONLEY, ESQ. SBN 112715
PETER A. URHAUSEN, ESQ. SBN 160392
GIBBONS & CONLEY
1333 North California Boulevard, Suite 110
Walnut Creek, CA 94596
Telephone: (925) 932-3600  Fax: (925) 932-1623

Attorneys for Defendant JORGE GIL-BLANCO

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADOLFO MENDOZA, et al., | ) Case No. C 07-01138 CW |
| Plaintiffs, | ) **ORDER STRIKING ALLEGATIONS IN THE THIRD AMENDED COMPLAINT** |
| v. | ) |
| SCOTT WHITEHOUSE, et al., | ) |
| Defendants. | ) |

Plaintiffs and defendants Doran and Gil-Blanco having so stipulated, IT IS HEREBY ORDERED that the following allegations in the Third Amended Complaint shall be stricken and shall not be used for any purposes in this case:

1. "GIL-BLANCO pointed his gun at A.M. Junior and R.M. when he confronted them in their bunk beds." (At 7:20-21.)

2. "DORAN forced ADOLFO MENDOZA to lie facedown on the ground, handcuffed behind his back, at gunpoint, in front of his terrified family." (At 7:22-24.)

Dated:   7/10/08

By: _____
HON. CLAUDIA WILKIN
Judge, U.S. District Court