1  Thomas F. Bertrand, State Bar No. 056560
   Richard W. Osman, State Bar No. 167993
2  BERTRAND, FOX, & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
4  San Francisco, California   94109
   Telephone:     (415) 353-0999
5  Facsimile:     (415) 353-0990

6
   Attorneys for Defendants SCOTT WHITEHOUSE
7  And MIKE WOOD

8
                            UNITED STATES DISTRICT COURT
9
                          NORTHERN DISTRICT OF CALIFORNIA
10

11
   ADOLFO MENDOZA, AZUCENA MENDOZA, )   Case No:  CV-07-1138 CW
12 A.M., Jr., a Minor, R.M., a minor, and E.M., a  )
   minor, by and through their guardian ad litem,  )
13 Adolfo Mendoza, and JHONNY MENDOZA,             )
                                                   )   **STIPULATION TO VACATE PRETRIAL**
14                                                 )   **SUBMISSION DEADLINE AND TRIAL**
                Plaintiffs,                        )   **DATE; ORDER THEREON**
15                                                 )
        vs.                                        )
16                                                 )
   CITY OF VACAVILLE POLICE OFFICER                )
17 SCOTT WHITEHOUSE, SOLANO COUNTY                 )   **Trial Date:  November 3, 2008**
   AGENTS FRED DORAN, MIKE WOOD,                   )
18 STEVE MIRIANI, JORGE GIL-BLANCO, and            )
   ALDO SERRANO, CITY OF PITTSBURGH                )
19 POLICE OFFICER JOE RIPOSA, and DOES 1           )
20 through 50.                                     )
                Defendants.                        )
21                                                 )
                                                   )
22

23      WHEREAS the parties participated in mediation before the Honorable Ronald Sabraw

24 (Retired) on September 11, 2008.

25      WHEREAS the parties entered into a tentative settlement agreement requiring approval of the

26 Vacaville City Council and consideration of and review by the City of Vacaville's excess insurer.

27      WHEREAS review and approval by the Vacaville City Council and its excess insurer have

28 not occurred and require additional time.

---

**STIPULATION TO VACATE PRETRIAL SUBMISSION DEADLINE AND TRIAL DATE; ORDER THEREON**

Page 1

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

The parties stipulate to vacating all pretrial deadlines and the trial date in this matter. The parties further stipulate and agree to the new trial date assigned by the Court of March 2, 2009. The parties further stipulate and agree to the pretrial conference date assigned by the Court of February 10, 2008.

IT IS SO STIPULATED:

Dated: _____                    CASPER, MEADOWS & SCHWARTZ


                                          By:_____
                                              Andrew C. Schwartz, Esq.
                                              Karen Snell, Esq.
                                              Attorneys for Plaintiffs

Dated: _____                    EDRINGTON, SCHIRMER & MURPHY


                                          By:_____
                                              Peter Edrington, Esq.
                                              Owen Rooney, Esq.
                                              Attorney for Defendant Stevens

Dated: _____                    BERTRAND, FOX & ELLIOT


                                          By:_____
                                              Richard W. Osman, Esq.
                                              Attorney for Defendants Wood and
                                              Whitehouse

**ORDER**

IT IS SO ORDERED:

         9/24/08
Dated: _____                    _____
                                          Honorable Claudia Wilken
                                          U.S. District Court Judge

---

**STIPULATION TO VACATE PRETRIAL SUBMISSION DEADLINE AND TRIAL DATE; ORDER THEREON**
Page 2