IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOLFO MENDOZA, et al.,

        Plaintiffs,

   v.

SCOTT WHITEHOUSE, et al.,

        Defendants.
                                            /

No. C 07-01138 CW

<u>CONDITIONAL ORDER
OF DISMISSAL</u>

      Pursuant to the Order Granting Petition to Compromise Claim of Minors,

    IT IS HEREBY ORDERED that this cause be dismissed with prejudice as to Defendants Scott Whitehouse, Mike Wood, and Jonathan Stephens; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 90 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

      IT IS SO ORDERED.

Dated: 1/30/09

                                          CLAUDIA WILKEN
                                          United States District Judge